# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-13255-EEB |
| | ) | |
| CHRISTENSEN, CAREY JOE | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## ORDER REINSTATING STAY

THIS MATTER is before the Court on the Debtor's Motion to Reinstate Stay. The Court, having reviewed the file does hereby:

FIND that proper notice has been given and creditors have failed to respond or otherwise defend. It is therefore

ORDERED, ADJUDGED AND DECREED that the automatic stay is reinstated pursuant to Section 362(a) and shall continue until discharge of the Chapter 13 case unless a Motion for Relief is granted under Section 362(d).

DONE AND SIGNED this _____ day of _____, 2016.

BY THE COURT:

_____
United States Bankruptcy Judge