UNITED STATES BANKRUPTCY COURT
District of Colorado

In re:
CHTISTENSEN CAREY JOE           )
                                )   Case No. 16-13255-EEB
                                )
Debtor.                         )   Chapter 13
                                )

## NOTICE OF MOTION TO IMPOSE STAY OF 11 U.S.C. §362(a)

## OBJECTION DEADLINE: April 28, 2016.

**YOU ARE HEREBY NOTIFIED** that the Debtor, Carey Jo Christensen, has filed a Motion to Impose the Stay of 11 U.S.C. 362(a), with the bankruptcy court and request the following relief: <u>The stay enumerated in 11 U.S.C. §362(a) be put into effect as to all creditors.</u> A copy of the Motion is attached hereto.

**A hearing on the motion has been set for May 10, 2016 at 9:30 a.m. at the United States Bankruptcy Court Custom House, 721 19th St. Denver, CO 80202, Courtroom D**

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above, and serve a copy upon the movant's attorney at the address listed below.

If you file an objection, you are REQUIRED to comply with L.B. R. 4001-1(c) regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person.

**IF YOU FAIL TO FILE AN OBJECTION,** the scheduled hearing will be vacated and an order granting the relief requested may be granted without further notice to you.

DATED: April 6, 2016.

                                                Colorado Legal Solutions

                                                /s/ Jason S. Huston
                                                Jason S. Huston, # 42080
                                                Attorney for Debtors
                                                10200 W. 44th Ave. Suite 120
                                                Wheat Ridge, CO 80033
                                                Telephone: (303) 531-5380

## CERTIFICATE OF MAILING

I certify that a true and correct copy of the Motion to Impose Stay of 11 U.S.C. §362(a), Notice of Motion to Impose Stay of 11 U.S.C. §362(a), and Proposed Order were placed in the US Mail, postage pre-paid, on April 6, 2016, addressed to the following creditors:

Bellco Cu
1111 S Colorado Blvd
Denver, CO 80246

Capital One
Attn Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179

Co H&f Auth
1981 Blake St
Denver, CO 80202

Enhanced Recovery Corp
Attention Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Kia Mtr Fin
4000 Macarthur Blvd Ste1
Newport Beach, CA 92660

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

**Douglas B. Kiel**
Chapter 13 Trustee
4725 S. Monaco St.
Ste. 120
Denver, CO 80237

**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Syncb
C/o P.o. Box 965036
Orlando, FL 32896

      /s/ Jason S. Huston_____