(COB Form ntccrass_prior_file, #188)(12/03)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carey Jo Christensen

Case No.: 16−13255−JGR
Chapter: 13

Debtor(s)

## NOTICE OF REASSIGNMENT

The above−named debtor has filed a petition in bankruptcy within the past eight years in the district of Colorado or there is a related case pending in this district, Case No. 15−24051. Pursuant to L.B.R. 1073−1, this case shall be reassigned to the judge that heard and/or is assigned to the previous case. Accordingly,

YOU ARE HEREBY NOTIFIED that the above−named Proceeding is reassigned to the Honorable Joseph G. Rosania Jr. , United States Bankruptcy Judge, and that the caption for all further documents in the above captioned case or proceeding shall bear the case number and suffix of 16−13255−JGR rather than 16−13255−EEB .

Dated:  4/7/16

FOR THE COURT:
s/ Kenneth S. Gardner , Clerk