**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/16 - 04/30/16)

**0065 1305-2084** Colorado Tour Line LLC

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* 50700 DENVER OFFICE** | | | | | | | |
| Christensen, Carey J | 319 | | | | | | |

1 *Person(s)*

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/16 - 04/30/16)

0065 1305-2084 Colorado Tour Line LLC

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | ADVANCE | DENTAL PRETAX | MEDICAL PRETAX | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/08 | Hourly Holiday | 65.50 16.00 | | 851.50 208.00 | | 1059.50 | | 75.24 | 46.62 | 20.00 | | | | 6.38 | 69.59 | | 841.67 |
| 01/22 | Hourly | 61.25 | | 796.25 | | 796.25 | | 55.11 | 16.64 | 8.00 | | | | 6.38 | 69.59 | | 640.53 |
| 02/05 | Hourly | 59.25 | | 770.25 | | 770.25 | | 53.10 | 14.04 | 7.00 | | | | 6.38 | 69.59 | | 620.14 |
| 02/19 | Hourly | 47.50 | | 617.50 | | 617.50 | | 41.43 | | | | | | 6.38 | 69.59 | | 500.10 |
| 03/04 | Hourly | 64.50 | | 838.50 | | 838.50 | | 58.33 | 20.87 | 10.00 | | | | 6.38 | 69.59 | | 673.33 |
| 03/18 | Hourly | 67.00 | | 871.00 | | 871.00 | | 60.83 | 24.12 | 11.00 | | | 100.00 | 6.38 | 69.59 | | 599.08 |
| 04/01 | Hourly | 56.75 | | 737.75 | | 737.75 | | 50.62 | 10.79 | 5.00 | | | 100.00 | 6.38 | 69.59 | | 495.37 |
| This Period Total | Hourly Holiday | 421.75 16.00 | | 5482.75 208.00 | | | | | | | | | | | | | |
| | This Per | 437.75 | | 5690.75 | | 5690.75 | | S 319.86 M 74.80 | 133.08 | CO 61.00 | | | 200.00 | 44.66 | 487.13 | | 4370.22 |

| | | HOLIDAY | SEVERANCE | SICK | SICK QUAL | VACATION | CASH TIPS | CHARGE TIPS | INDIRECT TIPS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YTD HOURS PAID | | 16.00 | | | | | | | | | | | | | | |
| YTD EARNINGS PAID | | 208.00 | | | | | | | | | | | | | | |

**Christensen, Carey J**
**Soc Sec#: xxx-xx-5314**
4832 Chandler Ct
Denver, CO 80239

| ID | 319 | Term Date: | | Withholding Method: | Federal: Single, 3 | **Deductions:** | |
|---|---|---|---|---|---|---|---|
| Home Dept: | 50700 Denver Office | Pay Frequency: | Bi-weekly | | CO: Single, 3 | Advance | $100.00, Every Pay Period |
| Sex: | Female | Standard Hrs: | | | | Dental Pretax | $6.38, Every Pay Period |
| Birthdate: | 05/24/1982 | Rate 1 / Salary: | 13.00/Hour | | | Medical Pretax | $69.59, Every Pay Period |
| Hire Date: | 06/18/2015 | | | **Earnings:** | | | |
| Inactive Date: | | | | | | | |
| Rehire Date: | | Last Raise Date: | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/16 - 04/30/16)

0065 1305-2084 Colorado Tour Line LLC

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This Period Total | Hourly<br>Holiday | 421.75<br>16.00 | | 5482.75<br>208.00 | | 5690.75 | | Social Security<br>Medicare<br>Fed Income Tax<br>CO Income Tax | 319.86<br>74.80<br>133.08<br>61.00 | Advance<br>Dental Pretax<br>Medical Pretax | 200.00<br>44.66<br>487.13 | |
| This Period Total | | | | | | 5690.75 | | | 588.74 | | | 4370.22 |

| | | HOLIDAY | SEVERANCE | SICK | SICK QUAL | VACATION | CASH TIPS | CHARGE TIPS | INDIRECT TIPS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | YTD HOURS PAID<br>YTD EARNINGS PAID | 16.00<br>208.00 | | | | | | | | |

(R) = Resident / Residency;  (N) = Non-resident;  (E) = Employment