United States Bankruptcy Court
District of Colorado

In re:                                                                  Case No. 16-13255-JGR
Carey Jo Christensen                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: swansonj         Page 1 of 1              Date Rcvd: Apr 07, 2016
                            Form ID: 188           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2016.
db              +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2016 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 3

(COB Form ntccrass_prior_file, #188)(12/03)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carey Jo Christensen

Case No.: 16−13255−JGR
Chapter: 13

Debtor(s)

## NOTICE OF REASSIGNMENT

The above−named debtor has filed a petition in bankruptcy within the past eight years in the district of Colorado or there is a related case pending in this district, Case No. 15−24051. Pursuant to L.B.R. 1073−1, this case shall be reassigned to the judge that heard and/or is assigned to the previous case. Accordingly,

YOU ARE HEREBY NOTIFIED that the above−named Proceeding is reassigned to the Honorable Joseph G. Rosania Jr. , United States Bankruptcy Judge, and that the caption for all further documents in the above captioned case or proceeding shall bear the case number and suffix of 16−13255−JGR rather than 16−13255−EEB .

Dated: 4/7/16

FOR THE COURT:
s/ Kenneth S. Gardner , Clerk