UNITED STATES BANKRUPTCY COURT
District of Colorado

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHRISTENSEN, CAREY JOE | ) | Case No. 16-13255-JGR |
| | ) | |
| | ) | Chapter 13 |
| Debtors | ) | |

## MOVANTS' CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On April 6, 2016, Carey Joe Christensen, Movant, by and through her attorney Jason S. Huston of the law firm Colorado Legal Solutions, filed a motion or application pursuant to 11 U.S.C. §362(c)(4)(B) entitled MOTION TO IMPOSE STAY OF 11 U.S.C. §362(a). Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 4001-1, previously filed with the motion/application on April 6, 2016.

2. The docket numbers for each of the following relevant documents are:
   a. the motion and all documents attached thereto and served therewith, (Docket No. 09);
   b. the notice, (Docket No. 10);
   c. the certificate of service of the motion and the notice, (Docket No. 09);
   d. the proposed order, (Docket No. 09); and

3. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted with the motion, granting the requested relief.

DATED this 9th day of May, 2016.

Respectfully Submitted,
 /s/ Jason S. Huston
Jason S. Huston, #42080
*Attorney for Debtor*
10200 W. 44th Ave. Suite 120
Wheat Ridge, Colorado 80033
Telephone: (303) 531-5380
Facsimile: (866) 332-8697

1

2

E-mail: jason@cololegalsolutions.com