# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-13255-JGR |
| | ) | |
| CHRISTENSEN, CAREY JOE | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

**ORDER GRANTING MOTION TO IMPOSE STAY OF 11 U.S.C. SECTION 362(a)**

THIS MATTER is before the Court on the Debtor's Motion to Reinstate Stay. The Court, having reviewed the file does hereby:

FIND that proper notice has been given and creditors have failed to respond or otherwise defend. It is therefore

ORDERED, ADJUDGED AND DECREED that the automatic stay is reinstated pursuant to Section 362(a) and shall continue until discharge of the Chapter 13 case unless a Motion for Relief is granted under Section 362(d).

DONE AND SIGNED this \_\_\_11th\_\_\_ day of \_\_\_May\_\_\_, 2016.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge