## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

**IN RE:**                                             **CASE: 16-13255-JGR**

CAREY JO CHRISTENSEN                          **CHAPTER 13**

**Debtor**

_____

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
_____

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of Chapter 13 Plan and as grounds therefor states as follows:

1.  The plan does not meet the best interest of creditors.  11 U.S.C. §1325(a)(4).

2.  The Plan fails to state the commencement date of plan payments.

3.  The proposed plan is not feasible as projected disposable income per Schedules I and J is inadequate to fund a plan.  11 USC §1325(a)(6).

4.  The proposed plan is not feasible as Debtor's plan shows a mortgage payment of $1343 to Colorado Housing and Finance Authority and Schedule J only provides a mortgage payment of $1250.  11 USC §1325(a)(6).

The Trustee reserves the right to amend his objection after the meeting of creditors and to report on the Debtor's payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

Dated: May 12, 2016                           Respectfully submitted,


                                              /s/ Ellen R. Welner
                                              Ellen R. Welner, #9239
                                              Attorney For The Chapter 13 Trustee
                                              Douglas B. Kiel
                                              4725 S Monaco Street, Suite 120
                                              Denver, Co 80237
                                              (720)398-4444
                                              Ewelner@Denver13.Com


                          CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Trustee's Objection to Confirmation of
Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on May 12, 2016 addressed as
follows:


CAREY JO CHRISTENSEN                   HARKESS & SALTER LLC
4823 CHANDLER                          10200 W 44TH AVE STE 120
DENVER, CO  80239                      WHEAT RIDGE, CO  80033


/s/ Phil Wenzel
Case Manager