```
                      United States Bankruptcy Court
                           District of Colorado
In re:                                                    Case No. 16-13255-JGR
Carey Jo Christensen                                      Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 1082-1          User: gentd              Page 1 of 1          Date Rcvd: May 11, 2016
                              Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2016.
db          +Carey Jo Christensen,   4823 Chandler,   Denver, CO 80239-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2016 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
              Nicholas H. Santarelli    on behalf of Creditor   Colorado Housing And Finance Authority
               bankruptcy@janewaylaw.com
              US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 16-13255-JGR |
| ) | |
| CHRISTENSEN, CAREY JOE ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | |

**ORDER GRANTING MOTION TO IMPOSE STAY OF 11 U.S.C. SECTION 362(a)**

THIS MATTER is before the Court on the Debtor's Motion to Reinstate Stay. The Court, having reviewed the file does hereby:

FIND that proper notice has been given and creditors have failed to respond or otherwise defend. It is therefore

ORDERED, ADJUDGED AND DECREED that the automatic stay is reinstated pursuant to Section 362(a) and shall continue until discharge of the Chapter 13 case unless a Motion for Relief is granted under Section 362(d).

DONE AND SIGNED this __11th__ day of __May__, 2016.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge