## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
### Minutes of Electronically Recorded Proceeding
### Held June 9, 2016, before Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **Carey Jo Christensen** | ) | 16-13255 JGR |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| Last four digits of SS#: : **5314** | ) | |
| | ) | |

☒ **Appearances:**

Debtor(s): Carey Jo Christensen  
Trustee: Douglas Kiel  
Creditor: Colorado Housing and Finance Authority

Counsel:  
Counsel: Ellen Welner, by telephone  
Counsel: Nicholas Santarelli, by telephone

☒ **No appearances at this hearing by neither the Debtor nor counsel, Jason Huston.**

**Proceedings:** Confirmation of Debtor(s)' Chapter 13 Plan filed April 6, 2016 (Docket #2) and Objections filed by Colorado Housing and Finance Authority on April 12, 2016 (Docket #18) and Chapter 13 Trustee filed on May 12, 2016 (Docket #21).

☒ Entry of appearances and statements/arguments made.  
☒ The Court was advised that Debtor(s) ☐ is/are current, or ☒ is/are not current, on payments to the Chapter 13 Trustee.  
☒ Evidentiary[1]

**Orders:**

☒ Oral findings and conclusions made of record.

☒ IT IS ORDERED as follows:
1. Based upon the statements entered on the record at the hearing, the Debtor(s)' Chapter 13 Plan filed April 6, 2016 (Docket #2) is **DENIED and the within case is DISMISSED.**

2. Objections of Colorado Housing and Finance Authority filed April 12, 2016 (Docket #18) and Chapter 13 Trustee filed May 12, 2016 (Docket #21) is/are **SUSTAINED.**

FOR THE COURT:  
Kenneth S. Gardner, Clerk  
/s/ A. Sekera  
By: Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes