```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                       Case No. 16-13255-JGR
Carey Jo Christensen                                         Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: dennisp              Page 1 of 1              Date Rcvd: Jun 09, 2016
                             Form ID: pdf904            Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2016.
db            +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925
cr             Colorado Housing And Finance Authority,    1 Corporate Drive,    Suite 360,
                Lake Zurich, IL  60047-8945
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2016 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
              Nicholas H. Santarelli    on behalf of Creditor   Colorado Housing And Finance Authority
               bankruptcy@janewaylaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held June 9, 2016, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | Bankruptcy Case No. |
| **Carey Jo Christensen** | 16-13255 JGR |
| | Chapter 13 |
| Debtor(s). | |
| Last four digits of SS#: : **5314** | |

☒ **Appearances:**

Debtor(s): Carey Jo Christensen
Trustee: Douglas Kiel
Creditor: Colorado Housing and Finance Authority

Counsel:
Counsel: Ellen Welner, by telephone
Counsel: Nicholas Santarelli, by telephone

☒ **No appearances at this hearing by neither the Debtor nor counsel, Jason Huston.**

**Proceedings:** Confirmation of Debtor(s)' Chapter 13 Plan filed April 6, 2016 (Docket #2) and Objections filed by Colorado Housing and Finance Authority on April 12, 2016 (Docket #18) and Chapter 13 Trustee filed on May 12, 2016 (Docket #21).

☒ Entry of appearances and statements/arguments made.
☒ The Court was advised that Debtor(s) ☐ is/are current, or ☒ is/are not current, on payments to the Chapter 13 Trustee.
☒ Evidentiary[1]

**Orders:**
☒ Oral findings and conclusions made of record.

☒ IT IS ORDERED as follows:
1. Based upon the statements entered on the record at the hearing, the Debtor(s)' Chapter 13 Plan filed April 6, 2016 (Docket #2) is **DENIED and the within case is DISMISSED.**

2. Objections of Colorado Housing and Finance Authority filed April 12, 2016 (Docket #18) and Chapter 13 Trustee filed May 12, 2016 (Docket #21) is/are **SUSTAINED.**

FOR THE COURT:
Kenneth S. Gardner, Clerk
/s/ A. Sekera
By: Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes