```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                         Case No. 16-13255-JGR
Carey Jo Christensen                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1082-1          User: dennisp             Page 1 of 1          Date Rcvd: Jun 09, 2016
                              Form ID: pdf904           Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2016.
db           +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925
cr            Colorado Housing And Finance Authority,    1 Corporate Drive,    Suite 360,
               Lake Zurich, IL 60047-8945
17132635    ++BELLCO CREDIT UNION,    P O BOX 6611,    GREENWOOD VILLAGE CO 80155-6611
             (address filed with court: Bellco Cu,    1111 S Colorado Blvd,    Denver, CO 80246)
17132636     +Capital One,    Attn Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
17157275      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
17132637     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
17132638     +Co H&f Auth,    1981 Blake St,    Denver, CO 80202-1229
17132640     +Kia Mtr Fin,    4000 Macarthur Blvd Ste1,    Newport Beach, CA 92660-2558
17132643     +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17132639     +E-mail/Text: bknotice@erccollections.com Jun 09 2016 23:14:08      Enhanced Recovery Corp,
               Attention Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17139931      E-mail/Text: bnc-quantum@quantum3group.com Jun 09 2016 23:13:50
               Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
               Kirkland, WA 98083-0788
17132641     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2016 23:17:39      Syncb/hdhipj,
               C/o P.o. Box 965036,    Orlando, FL 32896-0001
17132642     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2016 23:17:28      Synchrony Bank/Care Credit,
               Attn Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2016 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
              Nicholas H. Santarelli    on behalf of Creditor   Colorado Housing And Finance Authority
               bankruptcy@janewaylaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **Carey Jo Christensen** | ) | 16-13255 JGR |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| Last four digits of SS#: : **5314** | ) | |
| | ) | |

**ORDER DISMISSING CHAPTER 13 CASE PRIOR TO CONFIRMATION OF PLAN**

THIS MATTER came before the Court for a hearing on June 9, 2016 regarding confirmation of Debtor(s)' Chapter 13 Plan filed April 6, 2016 (Docket #2). In accordance with the findings of the Court entered on the record at the hearing, the Court

DOES FIND as follows:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.

2. No plan has been confirmed.

3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED as follows:

1. The within case is hereby DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties-in-interest within **five days of the order**.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under Section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under Section 510(c)(2), 522(i)(2), or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any order, judgment, or transfer ordered under Section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor(s) as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Payments made by the Debtor(s) shall be retained by the Trustee pending payment of claims allowed under Section 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

    a. Any request for allowance of a Section 503(b) claim shall conform with 11 U.S.C. § 503 and Rules 9013, 9014 and 2002, Fed.R.Bankr.P. , and be filed **no sooner than 28 days of the date of this Order**.

    b. **Within 30 days after determination** of the last request, if any, for allowance of Section 503(b) claims, the Trustee shall pay all fees imposed by statute and all

allowed section 503(b) claims from the Debtor(s)' payments and return any surplus to the Debtor(s).

Dated: June 9, 2016

BY THE COURT:

_____
Joseph G. Rosania, Jr.
U.S. Bankruptcy Judge